**Order entered October 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00089-CR

### RARES MIHAI HALMAGEAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-83388-2017**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the April 17, 2019 motion of John Tatum to withdraw as counsel on appeal. We **DIRECT** the Clerk of the Court to remove John Tatum as counsel of record for the appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Rares Mihai Halmagean, TDCJ # 02239974, Gurney Unit, 1385 FM 3385, Palestine, Texas, 75803.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE